IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANDESTIN INVESTMENTS,
LLC, a Florida limited liability
company,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D15-2076

v.

WALTON COUNTY, a political
subdivision of the State of Florida,

        Appellee.

_____/

Opinion filed June 14, 2016.

An appeal from the Circuit Court for Walton County.
David W. Green, Judge.

John S. Mills and Andrew D. Manko of The Mills Firm, P.A., Tallahassee; Darrin
J. Quam of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Tampa;
Dana C. Matthews and John M. Stratton of Matthews & Jones, LLP, Destin, for
Appellant.

Mark D. Davis and Sidney N. Noyes of the Office of the County Attorney,
DeFuniak Springs, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., WETHERELL and WINSOR, JJ., CONCUR.